UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMAR McINNIS, et al., | No. 2:14-cv-1915 AC P (TEMP) |
| Plaintiffs, | |
| v. | ORDER |
| YOLO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 6.)

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 11) is terminated; and

////

////

////

1

2. This action is dismissed without prejudice for failure to prosecute. <u>See</u> E.D. Cal. Local Rule 183(b).

DATED: April 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE